**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SEAN MESCALL,

                Plaintiff,

    -against-                                    25 **CIVIL** 6172 (CS)

                                                      **JUDGMENT**

WARDEN,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2025, because Petitioner has not shown that he has exhausted his administrative remedies, his Petition is dismissed without prejudice as unexhausted. See United States v. Whaley, 148 F.3d 205, 207 (2d Cir. 1998) ("Although prisoners may seek judicial review of the BOP's sentencing determinations after exhausting their administrative remedies, the district court is without jurisdiction to compute sentencing credit if a prisoner does not challenge his sentence and has not sought administrative review."); accordingly, the case is closed.

**Dated:** New York, New York

        September 25, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                         **BY:**         *K. Mango*

                                                        **Deputy Clerk**